**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 25, 2022

*By ECF*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Emmanuel Almonte*, 21 Cr. 552 (JPO)

Dear Judge Oetken:

I write on consent (Assistant U.S. Attorney Gina Castellano) to respectfully request that the Court adjourn the conference in this matter, currently scheduled for January 26, 2022, for around 30 days. The parties are discussing a disposition in this matter, and the adjournment will allow us to continue and hopefully complete those discussions.

If the Court grants the adjournment, I further request that the Court exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Gina Castellano, Esq., by ECF

---

Granted.  The January 26, 2022 pretrial conference is adjourned to March 16, 2022 at 12:00 pm.  The Court hereby excludes time through March 16, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
   So ordered:  January 25, 2022

_____
J. PAUL OETKEN
United States District Judge