**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2023

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Emmanuel Almonte*, 21 Cr. 552 (JPO)

Dear Judge Oetken:

    I write on consent (Assistant U.S. Attorney Diarra Guthrie and Probation Officer Brianna Willborn) to respectfully request that the Court adjourn the conference currently scheduled for November 13, 2023, at 4:45 p.m., for a period of around three to four weeks. The reason for the request is that Mr. Almonte recently underwent surgery and is currently hospitalized.

                      Respectfully submitted,

                        /s/
                        Martin Cohen
                        Ass't Federal Defender
                        (212) 417-8737

cc:   Dianna Guthrie, Esq., by ECF and e-mail
      Brianna Willborn, U.S. Probation Officer, by e-mail

> Granted. The November 13, 2023 status conference is hereby adjourned to December 11, 2023 at 2:30 pm.
> So ordered.
> 11/13/2023

J. PAUL OETKEN
United States District Judge