# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 26, 2024

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Emmanuel Almonte*, 21 Cr. 552 (JPO)

Dear Judge Oetken:

    I write on consent – Assistant U.S. Attorney Diarra Guthrie – to respectfully request that the Court adjourn the conference in this matter, currently scheduled for September 30, 2024 at 11:30 a.m., for around three weeks. The adjournment will allow (1) the Government to provide – and the defense to review – additional discovery in this case; and (2) the parties to discuss a potential resolution of this matter that would obviate the need for a hearing.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(646) 588-8317

> Granted.
> The September 30, 2024, conference is hereby adjourned to October 22, 2024, at 12:00 PM.
>   So ordered:
>   9/30/2024

_____
J. PAUL OETKEN
United States District Judge